UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINESON CURTIS ADAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR OFFICERS, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-08051-JD<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. No. 2 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding the conditions of confinement at California Medical Facility, where he is incarcerated. This prison is located within the venue of the United States District Court for the Eastern District of California. Because plaintiff is incarcerated in the Eastern District and the incident occurred in the Eastern District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motion to proceed in forma pauperis (Dkt. No. 2), which is **VACATED** without prejudice.

**IT IS SO ORDERED.**

Dated: November 10, 2021

　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　United States District Judge