IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINESON CURTIS ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>CDCR OFFICERS, et al.,<br><br>Defendants. | No. 2:21-CV-2087-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 3, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 3, 2021, are adopted in full;

2. Plaintiff's motion, ECF No. 4, for leave to proceed in forma pauperis is denied;

3. This action is dismissed without prejudice to refiling upon pre-payment of the filing fees therefor; and

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated: January 13, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE